IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROY HUDSON
ADC #156270                                                              PLAINTIFF

v.                          No. 1:16-cv-91-DPM-PSH

REICHARD, Doctor, Grimes Unit;
SIMMIONS, APN, Grimes Unit;
CHARLES LIGGETT, Doctor, Ouchita
River Unit;  GATLIN, Ms, Grimes Unit; and
ARKANSAS DEPARTMENT OF
CORRECTION, Grimes Unit                                          DEFENDANTS

ORDER

Unopposed recommendation, № 7, adopted as supplemented. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Arkansas Department of Correction isn't a "person" subject to suit under § 1983. *Brown v. Missouri Department of Corrections*, 353 F.3d 1038, 1041 (8th Cir. 2004) (*per curiam*). Hudson's claims against the ADC are dismissed with prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3). This case is returned to Magistrate Judge Harris for further proceedings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2016