IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROY HUDSON, ADC # 156270                                          PLAINTIFF

v.                        No. 1:16-cv-91-DPM-PSH

ROBERT REICHARD, Doctor, Grimes
Unit; SIMMONS, APN Grimes Unit;
SHIRLEY GATLIN, Ms, Grimes Unit; and
CHARLES LIGGETT, Doctor, Ouachita
River Unit                                                        DEFENDANTS

ORDER

Unopposed recommendation, № 31, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 16, granted. Simmons is dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2016