IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROY HUDSON, ADC #156270                                           PLAINTIFF

v.                              No: 1:16-cv-91-DPM-PSH

ROBERT REICHARD, Doctor, Grimes
Unit; SHIRLEY GATLIN, Ms, Grimes Unit;
and CHARLES LIGGETT, Doctor, Ouachita
River Unit                                                        DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Hudson's motion to voluntarily dismiss his complaint, № 38, is granted. Hudson's complaint will be dismissed without prejudice. All other pending motions are denied as moot.

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2017