IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROY HUDSON, ADC #156270                                    PLAINTIFF

v.                          No: 1:16-cv-91-DPM-PSH

ROBERT REICHARD, Doctor, Grimes
Unit; SHIRLEY GATLIN, Ms, Grimes Unit;
and CHARLES LIGGETT, Doctor, Ouachita
River Unit                                              DEFENDANTS

## JUDGMENT

Hudson's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

4 January 2017